1997R04793

                              UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Criminal No. 97-487(JAG) |
| DEVON TROWERS | : | **ORDER FOR DISMISSAL** |

       Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 97-487, against defendant Devon Trowers, which Indictment was filed on September 12, 1997, charging the defendant with a violation of Title 21, United States Code, Section 963, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

       This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

       Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

Dated: August 27th, 2008